## GARDNER v. STATE.
### No. 25100.

Court of Criminal Appeals of Texas.
Jan. 17, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for murder without malice with the penalty assessed at two years in the penitentiary.

There is neither a statement of facts nor bill of exception in the record before us. All proceedings appear regular in every respect. Nothing is presented for review.

The judgment of the trial court is affirmed.